2jgmthbk (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Frederick Allen Squalls )<br>Debtor(s) ) | ) Case No.: 09–44458–drd7 |
| )<br>)<br>)<br>)<br>) | |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow, United States Bankruptcy Judge, and a decision having been reached after a trial or hearing.

IT IS ORDERED AND ADJUDGED: Smith shall disgorge to Austin and Johnson the fees they paid to Smith of $500 and $600, respectively. Smith shall pay to Austin actual damages of $600 and statutory damages of $2,000, pursuant to § 110(i)(1)(A) and (B). Smith shall pay to Johnson statutory damages of $2,000, pursuant to § 110(i)(1)(B). Smith shall pay to the United States Trustee, pursuant to §110(l)(1), a fine of $500 for each of the seven violations of § 110 found by the Court in 22, and, pursuant to §110(l)(2), the fines imposed under this paragraph shall be tripled for preparing documents that failed to disclose Smiths identity as a bankruptcy petition preparer, for total fines of $10,500. Smith shall provide a list to the Court and the United States Trustee of all bankruptcy cases in which she has assisted debtors in exchange for any fee or compensation in this and any other judicial district of the United States since December 7, 2009. With respect to all cases identified by Smith pursuant to 24(e), Smith shall disgorge to the debtors all fees she received. Smith shall immediately cease and desist all bankruptcy petition preparation activities. Smith shall immediately cease and desist the unauthorized practice of law. Smith shall certify to the Court that she has complied with the provisions of this Order, or entered into an agreement to comply with the provisions of this Order, within 30 days of the entry of this Order.

It is the further ORDER AND JUDGEMENT of this Court that Smith is permanently enjoined from serving as a bankruptcy petition preparer in any judicial district of the United States.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
       Deputy Clerk

Date of issuance: 4/30/16

Court to serve